**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  05-cv-00268-LTB-CBS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

FREDERIC M. BERNSTEIN,
HENRY Y. YUSEM,
K&J PROPERTIES, INC.,
Y&B PROPERTIES, INC.,
INDIAN CREEK INVESTMENTS, LLC, and
ICR, LLC,

       Defendants.
_____

**ORDER**
_____

       Upon the Joint Petition to Terminate Consent Decree (Doc 9 - filed July 30, 2009), it is

       ORDERED that the Consent Decree (Doc 6) is hereby terminated pursuant to Paragraph 48 of that Consent Decree.

                                                        BY THE COURT:

                                                        s/Lewis T. Babcock
                                                         Lewis T. Babcock, Judge

DATED:   July 31, 2009